UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA AND RONALD KNOWLTON,<br><br>Plaintiffs,<br><br>vs.<br><br>MORRIS COUNTY, MORRIS COUNTY SHERIFF'S OFFICE, SHERIFF EDWARD ROCHFORD, WARDEN FRANK CORRENTE, RALPH MCGRANE, GRACE KELLY, and JOHN DOES 1 through 10.<br><br>Defendants. | Civil Action No. 05-1989 (KSH)<br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

A motion to dismiss the within action having been filed by defendants Morris County, Morris County Sheriff's Office, and Sheriff Edward Rochford on August 25, 2005; and it appearing that the issues in this case substantially overlap with proceedings pending before the Hon. Dickinson R. Debevoise of the United States District Court in Ruiz v. Morris County Sheriff's Department, et al., Civil No. 05-1825; and it further appearing that a motion is pending before Magistrate Judge Susan Wigenton to consolidate this proceeding with Civil Nos. 04-6418, 05-1825, 05-3244, and 05-5039; and for good cause shown,

**IT IS** on this 31st day of October, 2005,

**ORDERED** that the Clerk administratively terminate this motion (#36) **without prejudice** to the right of the parties to resubmit the motion for good cause shown after the above matters have been resolved.

/s/ Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.

cc: File
    Magistrate Judge Patty Shwartz